1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  cm@SoCalEAG.com

6  Attorney for Plaintiff,
   YURI DOERING

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  YURI DOERING,                        | **Case No.: 2:24-cv-02285-SB (SKx)**

12                                         
                 Plaintiff,              | **NOTICE OF SETTLEMENT OF**
13                                         **ENTIRE CASE**
           vs.
14

15  MARISCOS Y SUCHI LOS:
    TOMATEROS, INC.; ELIZABETH
16  ANN RIOS, AS TRUSTEE OF THE
    RIOS FAMILY TRUST; and DOES 1
17  to 10,

18
                 Defendants.
19

20

21        Notice is hereby given that Plaintiff YURI DOERING ("Plaintiff") and

22  Defendants have settled the above-captioned matter as to the entire case and would

23  like to avoid any additional expense, and further the interests of judicial economy.

24        Parties request that the Court grant thirty (30) days from the date of this filing

25  for Plaintiff to file dispositional documents in order to afford Parties time to

26  complete settlement.

27  //

28  //

                                              NOTICE OF SETTLEMENT OF ENTIRE CASE

1

2

3
DATED:  April 16, 2024                    **SO. CAL EQUAL ACCESS GROUP**

4

5
                                          */s/ Jason J. Kim*
                                          JASON J. KIM
6                                         Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF SETTLEMENT OF ENTIRE CASE